**Order entered October 26, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00687-CR

**CHRISTOPHER MICHAEL DUCHARME, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-80054-2018**

## ORDER

Before the Court is court reporter Sheri J. Vecera's October 23, 2018 request for a short extension of time to file the reporter's record. The record was received on October 25, 2018.

We **GRANT** the request and **ORDER** the reporter's record filed when received on October 25, 2018.

/s/      CRAIG STODDART
        JUSTICE